**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Dionisio HERNANDEZ, a/k/a Dionisio Hernandez–Merida, a/k/a Migo, Defendant–Appellant.**

No. 08–8040.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 3, 2008.

Decided: Dec. 30, 2008.

Dionisio Hernandez, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dionisio Hernandez appeals the district court's order denying his motion for a

---

for first in the rankings of the evaluation panel.

sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hernandez*, No. 3:05–cr–00253–RJC–DCK–1 (W.D.N.C. Aug. 27, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*